# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3915

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Walter Lee Anderson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 13, 2004
Filed: February 18, 2005

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Walter Lee Anderson appeals the revocation of his federal supervised release and subsequent resentencing by the District Court[1] after testing positive for cocaine. Anderson's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), identifying six issues that "might arguably support" Anderson's appeal. <u>Id.</u> at 744.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

Having conducted an independent review of the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude there are no nonfrivolous issues.  We therefore affirm the judgment of the District Court and grant counsel's motion to withdraw.

_____